THE HONORABLE RONALD B. LEIGHTON

07-CV-00984-ORD

FILED _____ LODGED
_____ RECEIVED

JUL 24 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BETTY JEAN STROHE, BRYIANT DAVIS, by and through his Guardian *Ad Litem*, LORI DAVIS, and MORGAN DAVIS, by and through her Guardian *Ad Litem*, LORI DAVIS,

    Plaintiffs,

v.

BNSF RAILWAY COMPANY and NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK,

    Defendants.

No. C07-984P

**STIPULATION AND ORDER TO CORRECT CAPTION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the plaintiffs and the undersigned attorneys for the defendants that the caption for the above-matter will be corrected to show defendant Amtrak as the NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and not as the National Passenger Railroad Corporation dba Amtrak.

//

//

//

STIPULATION AND ORDER TO CORRECT
CAPTION - 1
Case No. C07-984P

019188.0226/1404632.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  DATED this 23rd day of July, 2007.

2  LANE POWELL PC                           PICKETT DUMMIGAN AGUILAR LLP

3

4  By /s/ Tim D. Wackerbarth                By /s/ J. Randolph Pickett
   Tim D. Wackerbarth, WSBA No. 13673          J. Randolph Pickett
5  June K. Campbell, WSBA No.11427
   Attorneys for Defendants                 Attorneys for Plaintiffs

### ORDER

THIS MATTER coming before this Court based upon the foregoing Stipulation between the parties, and the Court being fully advised, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the caption in this matter is henceforth corrected to reflect the corporate name of Amtrak as the NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK as a defendant.

DONE IN OPEN COURT on July 23rd, 2007.

_____
The Honorable Ronald B. Leighton

STIPULATION AND ORDER TO CORRECT
CAPTION - 2
Case No. C07-984P
019188.0226/1404632.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107